# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

FEDERAL HOUSING FINANCE AGENCY,

    Petitioner,

vs.

LVDG, LLC,

    Respondent.

2:17-cv-00911-GMN-VCF

**ORDER**

Before the Court is Petitioner's Motion for Issuance of Summons to LVDG, LLC (ECF No. 6), filed on April 10, 2017. Upon review and consideration, and with good cause appearing,

IT IS HEREBY ORDERED that Petitioner's Motion for Issuance of Summons to LVDG, LLC (ECF No. 6) is GRANTED. The Clerk of Court is directed to issue the summons to Respondent LVDG, LLC that is attached to Petitioner's motion as Exhibit A (ECF No. 6-1).

DATED this 2nd day of May, 2017.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE