# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| FEDERAL HOUSING FINANCE AGENCY, *et al.*,<br><br>            Plaintiffs,<br><br>vs.<br>LAS VEGAS DEVELOPMENT GROUP, LLC,<br><br>            Defendant. | 2:17-cv-00908-JAD-VCF<br>**MINUTE ORDER** |
| FEDERAL HOUSING FINANCE AGENCY, *et al.*,<br><br>            Plaintiffs,<br><br>vs.<br>LAS VEGAS DEVELOPMENT, LLC,<br><br>            Defendant. | 2:17-cv-00909-GMN-VCF<br>**MINUTE ORDER** |
| FEDERAL HOUSING FINANCE AGENCY, *et al.*,<br><br>            Plaintiffs,<br><br>vs.<br>LVDG, LLC,<br><br>            Defendant. | 2:17-cv-00911-GMN-VCF<br>**MINUTE ORDER** |
| FEDERAL HOUSING FINANCE AGENCY, *et al.*,<br><br>            Plaintiffs,<br><br>vs.<br>NEVADA NEW BUILDS, LLC,<br><br>            Defendant. | 2:17-cv-00912-JAD-VCF<br>**MINUTE ORDER** |

1     IT IS HEREBY ORDERED that a hearing on all pending motions, is scheduled for 10:00 AM,

2 August 16, 2017, Courtroom 3D.

3     Dated this 31st day of July, 2017.

                                                                                       _____

                                                                                       CAM FERENBACH
                                                                                       UNITED STATES MAGISTRATE JUDGE