# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| FEDERAL HOUSING FINANCE AGENCY, ) <br> ) <br> Plaintiff, ) <br> vs. ) <br> ) <br> LVDG, LLC, ) <br> ) <br> Defendant. ) <br> ) | Case No.: 2:17-cv-00911-GMN-VCF <br><br> **ORDER** |

On March 31, 2017, Plaintiff Federal Housing Finance Agency ("FHFA") filed a Petition for an Order Enforcing Subpoena *Duces Tecum*, which sought to enforce statutory subpoenas issued by FHFA and served on Defendant LVDG, LLC ("LVDG"). (Petition, ECF No. 1). On August 16, 2017, after the issue was fully briefed, the Court ordered LVDG to produce responsive documents to FHFA. (Order, ECF No. 30). On January 14, 2019, FHFA indicated to the Court that it had received its requested relief and therefore the case could be closed. (*See* FHFA Resp. 1:23–2:1, ECF No. 34). LVDG has not opposed FHFA's filing.

Accordingly, and in light of FHFA's representation that the Court's prior Order resolved the parties' dispute, **IT IS HEREBY ORDERED** that the clerk of court shall close this case.

**DATED** this __25__ day of April, 2019.

_____
Gloria M. Navarro, Chief Judge
United States District Judge